UNITED STATES of America, Plaintiff–Appellee,

v.

Leonel FLORES–HUERTA, Defendant–Appellant.

No. 05–41328
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

March 21, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

On December 11, 2006, the Supreme Court vacated our judgment in this case and remanded the case to this court for further consideration in light of *Lopez v. Gonzales,* 549 U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006). Upon reconsideration, we AFFIRM the defendant's conviction, but we VACATE the defendant's sen-

---

tence and REMAND for resentencing in light of *Lopez.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.